```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 21824
   ANTONIO E CARTER
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-4820

--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 11/20/2007 and was confirmed 01/14/2008.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 11/20/2008.
--------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------
BENEFICIAL               CURRENT MORTG          .00            .00             .00
BENEFICIAL               MORTGAGE ARRE      3800.00            .00          746.33
COUNTRYWIDE HOME LOANS   CURRENT MORTG          .00            .00             .00
COUNTRYWIDE HOME LOANS   MORTGAGE ARRE      4204.82            .00         4204.82
GMAC                     SECURED VEHIC      1689.92         303.24         1689.92
AFNI INC                 UNSECURED         NOT FILED           .00             .00
ALLIED INTERSTATE        UNSECURED         NOT FILED           .00             .00
ANDERSON FIN NETWORK     UNSECURED         NOT FILED           .00             .00
ASSET ACCEPTANCE LLC     UNSECURED           238.53            .00             .00
BUREAU OF COLLECTION REC UNSECURED         NOT FILED           .00             .00
PORTFOLIO RECOVERY       UNSECURED          5391.61            .00             .00
FIRST CARD               UNSECURED         NOT FILED           .00             .00
FIRST CARD               UNSECURED         NOT FILED           .00             .00
MEDICAL COLLECTIONS SYS  UNSECURED         NOT FILED           .00             .00
NICOR                    UNSECURED         NOT FILED           .00             .00
PORTFOLIO RECOVERY ASSOC UNSECURED           925.17            .00             .00
GMAC                     UNSECURED         NOT FILED           .00             .00
JAMES M PHILBRICK        SECURED             500.00            .00          500.00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY       2,364.00                       2,364.00
TOM VAUGHN               TRUSTEE                                            841.69
DEBTOR REFUND            REFUND                                                .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                  RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE         10,650.00

PRIORITY                                     .00
SECURED                                 7,141.07
   INTEREST                               303.24
UNSECURED                                    .00

              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 07 B 21824 ANTONIO E CARTER
```

```
ADMINISTRATIVE                                              2,364.00
TRUSTEE COMPENSATION                                          841.69
DEBTOR REFUND                                                    .00
                                    ---------------    ---------------
TOTALS                                    10,650.00         10,650.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 02/24/09                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                    PAGE   2
     CASE NO. 07 B 21824 ANTONIO E CARTER